# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-198 |
| ERIC FOGAM, JACK KOON, ROBERT B. HUMES, and DAVID MILTON, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11 day of Dec, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA