# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

| | | |
|---|---|---|
| MILTON ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV411-198 |
| | ) | |
| DOCTOR ERIC FOGAM, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of Julia C. Barrett and John C. Toro of the law firm of King & Spalding, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Milton Ross, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Julia C. Barrett and John C. Toro as counsel of record for plaintiff Milton Ross, in this case.

**SO ORDERED** this __1st__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA