UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

MILTON ROSS,                         )
    Plaintiff,                   )
                                     )
v.                                   ) Case No. CV411-198
                                     )
DOCTOR ERIC FOGAM,                   )
                                     )
    Defendants.                  )

## O R D E R

The Court having reviewed and considered the petition of Merritt E. McAlister of the law firm of King & Spalding, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309 for permission to appear pro hac vice on behalf of plaintiff Milton Ross, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Merritt E. McAlister as counsel of record for plaintiff Milton Ross, in this case.

**SO ORDERED** this __22nd__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA