IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MILTON ROSS,

    Plaintiff,

v.                              CV 411-198

DOCTOR ERIC FOGAM,

    Defendant.

**O R D E R**

On March 4, 2016, Defendant filed a motion to stay discovery. (Doc. 72.) Within that motion, Defendant specifically requests "an order staying all discovery . . . pending the Court's final resolution of Defendant's motion to revoke Plaintiff's *in forma pauperis* status and to dismiss." In response, Plaintiff has filed a brief in opposition (Doc. 75) and a sur-reply (Doc. 79) highlighting, *inter alia*, the fact that "[t]his case has been pending since August 2011."

After Defendant's motion was submitted, however, Plaintiff filed a motion for an amended scheduling order to which Defendant consented. (Doc. 87.) Consequently, on June 29, 2016, the Court granted Plaintiff's motion and imposed deadlines of September 20, 2016, for fact discovery and December 5, 2016, for all remaining discovery. (Doc. 88.) Now, given (i) Defendant's approval of this amended scheduling order and (ii)

this case's extended pendency, the Court **DENIES** Defendant's motion to stay (Doc. 72).

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
~~SOUTH~~ERN DISTRICT OF GEORGIA