# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, | ) |
| Plaintiff, | ) |
| v. | ) CV411-198 |
| DOCTOR ERIC FOGAM, | ) |
| Defendant. | ) |

## AMENDED SCHEDULING ORDER

This matter is before the Court on Plaintiff's Consent Motion for an Amended Scheduling Order ("Motion"). Good cause shown, the Motion is **GRANTED**, and it is **ORDERED** that:

1. Plaintiff shall make his expert disclosures in accordance with Federal Rule of Civil Procedure 26 by **November 3, 2016**;

2. The parties shall file a Joint Status Report by **November 14, 2016**;

3. Defendant shall make his expert witness disclosures in accordance with Federal Rule of Civil Procedure 26 by **December 5, 2016**;

4. Discovery shall close on **December 19, 2016**;

5. Civil motions (excluding motions in limine) shall be due on **January 18, 2017**; and

6. Motions in limine shall be filed no later than 5 days prior to the date of the pre-trial conference.

**SO ORDERED,** this 13th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA