# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No: 4:11CV198-JRH-GRS ) |
| DR. ERIC FOGAM, | ) ) |
| Defendant. | ) |

## ORDER

Defendant's Consent Motion to Modify Scheduling Deadlines having come before the Court, the Court having considered said Motion and noted the consent of Plaintiff, and for good cause found, it is hereby ORDERED that the existing scheduling deadlines in this case are modified as follows: (1) Status report due on November 14, 2016; (2) Defendant's expert witness report due on December 19, 2016; (3) Discovery closes on January 13, 2017; (4) Civil motions, excluding motions *in limine*, due by February 13, 2017; and (5) Motions *in limine* due no later than 5 days prior to the pretrial conference.

So ordered this 15th day of November, 2016.

_____
Hon. G.R. Smith,
United States Magistrate Judge