# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MILTON ROSS, | * |
| Plaintiff, | * |
| v. | * CV 411-198 |
| DR. ERIC FOGAM, | * |
| Defendant. | * |

## ORDER

Before the Court is the remaining parties' stipulation of dismissal with prejudice. (Doc. 138.) The stipulation is signed by all remaining parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Fogam are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each remaining party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this ___8th___ day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA